**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ROBERT CODY HALL
ADC # 139134                                                                                          PLAINTIFF

V.                                          4:07CV01062-WRW/JFF

LONOKE COUNTY JAIL; SAMANTHA
CAMPBELL, Jailer Lonoke County Jail; and
CHRISTINE MINOR, Jail Administrator,
Lonoke County Jail                                                                                DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge John F. Forster. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's claims against the Lonoke County Jail and Defendant Minor are dismissed, and they are dismissed as party Defendants;

2. Plaintiff will be allowed to proceed with his claims against Defendant Campbell at this time; and

3. The Clerk of the Court shall prepare summons for Defendant Campbell, and the United States Marshal is directed to serve a copy of the Complaint (docket entry #2), the Amended

1

Complaint (docket entry #5), this Order, and summons on Defendant Campbell, without prepayment of fees and costs or security therefore.

DATED this 13th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE